UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO. )<br>(as subrogee of Ziad Odeh, Kenneth Powers and )<br>Khalid Alodeh), )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>P.S. MARSTON ASSOCIATES, INC., d/b/a )<br>ABENAQUI CARRIERS AND ABENAQUI )<br>HEAVY HAULING, and CHAD LAFRANCE, )<br>)<br>Defendants )<br>_____) | **VERIFIED COMPLAINT** |

PARTIES

1. The Plaintiff VERMONT MUTUAL INSURANCE CO, (hereinafter "Vermont Mutual") is a duly organized corporation incorporated under the laws of the state of Vermont, doing business as an insurance company within the Commonwealth of Massachusetts with a principal place of business located at 89 State Street, P.O. Box 188, Montpelier, Vermont 05601.

2. At all times relevant to this complaint, Ziad Odeh maintained a contract of businessowner's insurance with Vermont Mutual for his property located at 68 – 70 Main Street, in the City of Everett, Commonwealth of Massachusetts.

3. At all times relevant to this complaint, Kenneth Powers maintained a contract of businessowner's insurance with Vermont Mutual for his property located at 80 Main Street, in the City of Everett, Commonwealth of Massachusetts.

4. At all times relevant to this complaint, Khalid Alodeh maintained a contract of homeowner's insurance with Vermont Mutual for his property located at 78 Main Street, in the City of Everett, Commonwealth of Massachusetts.

5. Vermont Mutual made payments to or on behalf of Ziad Odeh, Kenneth Powers, and Khalid Alodeh under their respective insurance policies for property damage and related losses, and now stands subrogated to the extent of said payments.

6. The Defendant, P.S. Marston Associates, Inc., d/b/a Abenaqui Carriers and Abenaqui Heavy Hauling (hereinafter "Abenaqui"), was at all times relevant hereto a company incorporated under the laws of the state of New Hampshire, with a principal place of business located at 38B South Road, Town of North Hampton, New Hampshire.

7. The Defendant, Chad LaFrance, a resident of Dover New Hampshire, was at all times relevant hereto employed by Abernaqui and the operator of the truck involved in the roll over accident referenced above.

## JURISDICTION

8. The Court has jurisdiction pursuant to 28 U.S.C.A. § 1332 as there is diversity of citizenship and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

9. The Court has jurisdiction over the nonresident Defendants pursuant to the Massachusetts long-arm statute, M.G.L. 223A, § 3, and the due process clause of the United States Constitution.

## FACTS

10. On or about December 6, 2007 a tanker truck owned and operated by Abenaqui, and driven by Chad LaFrance, rolled over on the Sweetser Circle in Everett, Massachusetts.

11. The roll over caused a massive spill of 9,400 gallons of gasoline, which resulted in a catastrophic fire that destroyed three buildings on Main Street in Everett, Massachusetts, owned separately by Ziad Odeh, Kenneth Powers and Khalid Alodeh.

12. A property loss occurred at Ziad Odeh's building located at 68 – 70 Main Street, Everett, Massachusetts, Kenneth Powers' building located at 80 Main Street, Everett, Massachusetts, and Khalid Alodeh's building located at 78 Main Street, Everett, Massachusetts (hereinafter "Property Loss").

13. As a result of the subject Property Loss, their real property and personal property was substantially damaged.

14. Ziad Odeh, Kenneth Powers, and Khalid Alodeh submitted claims with the Plaintiff for property damage and related losses as a result of the Property Loss occurring on or about December 6, 2007.

15. As a result of the subject Property Loss, there was property damage in excess of One Million Four Hundred Fifty Thousand Six Hundred Eighteen Dollars and Twenty Two Cents ($1,450,618.22).

16. In accordance with the terms and conditions of their policies of insurance, the Plaintiff paid Ziad Odeh, Kenneth Powers and Khalid Alodeh over One Million Four Hundred

Fifty Thousand Six Hundred Eighteen Dollars and Twenty Two Cents ($1,450,618.22) as a result of the subject Property Loss for which it now stands subrogated to the rights of its insureds to the extent of said payments.

## COUNT ONE - NEGLIGENCE/GROSS NEGLIGENCE
## (ABENAQUI and CHAD LAFRANCE)

17. The Plaintiff hereby avers and alleges each and every allegation contained within paragraphs 1 through 15 as if specifically set forth herein.

18. The subject Property Loss and resulting damages were the direct and proximate result of Abenaqui's negligence and/or gross negligence in:

    a. Traveling in excess of the speed limit;

    b. Traveling in excess of a safe and reasonable speed under which a roll over would not occur;

    c. Failing to exercise ordinary care at all times to avoid placing others in danger;

    d. Failing to exercise ordinary care at all times to avoid a collision and/or roll over;

    e. Failing to keep a proper lookout and make reasonable observations as to traffic and other conditions;

    f. Violating M.G.L. ch. 90, § 17 which provides that "no person operating a motor vehicle on any way shall run it at a rate of speed greater than is reasonable and proper, having regard to traffic and the use of the way and the safety of the public"; and/or;

    g. Failing to hire, train and supervise competent employees.

19. Abenaqui and/or Chad LaFrance's negligent and/or grossly negligent act(s) directly and proximately caused the subject Property Loss, which caused the property damage and related losses sustained by Vermont Mutual's insureds, Ziad Odeh, Kenneth Powers, and Khalid Alodeh.

## JURY CLAIM

The Plaintiff hereby demand a trial by jury on all issues so triable.

**WHEREFORE**, the Plaintiff seeks judgment against the Defendants in the amount of One Million Four Hundred Fifty Thousand Six Hundred Eighteen Dollars and Twenty Two Cents ($1,450,618.22) together with interest and costs and such other and further relief as this Court deems fair and just.

>
> Respectfully Submitted,
> The Plaintiff
> By its Attorney,

Dated: December 12, 2008.             s/Mark C. Gildea
                                      Mark C. Gildea, Esq. (BBO #551127)
                                      Clark, Balboni & Gildea, LLP
                                      72 Main Street, Bridgewater, MA  02324
                                      Tel. 508.697.6211   Fax. 508.697.8511

I, Richard M. Lord, Claims Analyst for Vermont Mutual Insurance Co., Plaintiff in this matter, hereby state under the pains and penalties of perjury that I have reviewed the Complaint in this matter and the facts set forth therein are true of either my own knowledge, information or belief and/or, so far as upon information and belief, I believe this information to be true.

                                      _____
                                      Richard M. Lord