UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO. (as subrogee of Ziad Odeh, Kenneth Powers and Khalid Alodeh), <br><br> Plaintiff <br><br> vs. <br><br> P.S. MARSTON ASSOCIATES, INC., d/b/a ABENAQUI CARRIERS AND ABENAQUI HEAVY HAULING, and CHAD LAFRANCE <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S MOTION FOR PERSONAL PROPERTY ATTACHMENT AGAINST P.S. MARSTON ASSOCIATES, INC.

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, now comes the Plaintiff, Vermont Mutual Insurance Co., in the above-entitled matter and respectfully requests that this Honorable Court attach without notice all right, title and interest of the Defendant, P.S. Marston Associates, Inc. in the amount of $1,450,618.22 on the personal property owned by the Defendant. Plaintiff requests that the Court order the above attachment as security for present and future orders of judgment to be entered in the within action.

In support of the within Motion, the Plaintiff relies upon the Verified Complaint and attaches an Affidavit setting forth the factual basis upon which the above relief is sought.

Respectfully Submitted,
Vermont Mutual Insurance Co.,
by its attorney,

Dated: <u>December 15, 2008.</u>   <u>          s/ Mark C. Gildea          </u>
Mark C. Gildea       BBO # 551127
CLARK, BALBONI & GILDEA, LLP
72 Main Street, Bridgewater, MA 02324
Tel. 508.697.6211  Fax. 508.697.8511