UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE CO.<br>(as subrogee of Ziad Odeh, Kenneth Powers and<br>Khalid Alodeh),<br><br>                    Plaintiff<br><br>vs.<br><br>P.S. MARSTON ASSOCIATES, INC., d/b/a<br>ABENAQUI CARRIERS AND ABENAQUI<br>HEAVY HAULING, and CHAD LAFRANCE<br><br>                    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ITS MOTION
## FOR ATTACHMENT AGAINST P.S. MARSTON ASSOCIATES, INC.

I, Richard M. Lord, of Vermont Mutual Insurance Company, on oath depose and say as follows:

1. I am a Claims Analyst for the Plaintiff, Vermont Mutual Insurance Company.

2. Vermont Mutual Insurance Company has paid of $1,488,927.89 as a result of the incident referenced in the Verified Complain in this matter.

3. I am aware of liability insurance in the amount of $5,000.000.00 available for all claims arising out of this incident.

4. I am aware that to date, the insurer for the Defendant has paid out from the liability insurance approximately $3,663,000.00.

5. I have been informed by counsel for the Defendant that there is insufficient insurance available to satisfy all outstanding claims resulting from the incident referenced in the Verified Complaint.

6. There exists a reasonable likelihood that Vermont Mutual Insurance Company will recover a judgment, including interest and costs, equal to or greater than the requested $1,450,618.22 attachment based upon the Defendant's clear liability and extensive damages resulting from the Defendant's negligence.

Signed under the pains and penalties of perjury this 5th day of December, 2008.

_____
Richard M. Lord, Esq.
Vermont Mutual Insurance Company